tinastarrind

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
APR 11 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00037 |
| Plaintiff, | **INDICTMENT** |
| vs. | **THEFT OF GOVERNMENT PROPERTY** [18 U.S.C. § 641] |
| TINA E. STARR, | |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about and between January 2004 and February 2007, in the District of Guam, the defendant, TINA E. STARR, willfully and knowingly did steal, embezzle and convert to her own use goods and food items, which were property of the United States having a value in excess of $1,000.00, said property had come into the possession and under the care of TINA E. STARR by virtue of her employment at Burger King located on Andersen AFB, Guam, said Burger King

//
//
//
//

being a franchise owned and operated by the Army and Air Force Exchange Service (AAFES), in violation of Title 18, United States Code, Section 641.

DATED this 11th day of April 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney

Approved by:

_____
JEFFREY J. STRAND
First Assistant United States Attorney

# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

**07-00037**

Superseding Indictment _____ Docket Number _____
Same Defendant _____  New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_  Matter to be sealed: ___ Yes _x_ No

Defendant Name ___TINA E. STARR___

Alias Name _____

Address _____

_____Guam_____

Birthdate _Xx/xx/19_  SS# _xxx-xx-6960_  Sex _F_  Race ___  Nationality ___

**U.S. Attorney Information:**

SAUSA ___Kristin D. St. Peter___

**RECEIVED APR 11 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Interpreter: _X_ No ___Yes  List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__  ___ Petty ___ Misdemeanor _X_ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC 641 | Theft of Government Property | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: _4/10/07_  Signature of AUSA: _[signature]_