AO 83 (Rev. 10/03) Summons in a Criminal Case

RECEIVED
APR 12 2007
US MARSHALS SERVICE-GUAM

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>TINA E. STARR<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-07-00037 |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before:    HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Room<br>302 |
|---|---|
| | Date and Time<br>Tuesday, April 17, 2007 at 9:00 a.m. |

To answer a(n)
X Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    18    United States Code, Section(s)    641

Brief description of offense:

Theft of Government Property

**FILED**
DISTRICT COURT OF GUAM
APR 16 2007
MARY L.M. MORAN
CLERK OF COURT

**WALTER M. TENORIO, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

April 11, 2007
Date

# ORIGINAL

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 4/16/2007 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USMS / D/Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4/16/2007
           Date

J. Salas
Name of United States Marshal

*(signature)*
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.