# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00037 |
| Plaintiff, | ) | |
| vs. | ) | APPOINTMENT ORDER |
| TINA E. STARR | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the Defendant in the above-entitled case *nunc pro tunc* to April 12, 2007.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Apr 17, 2007**