ORIGINAL

tinastarrdismiss

LEONARDO M. RAPADAS
United States Attorney
KRISTIN ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY 31 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00037 |
| Plaintiff, | ) |
| vs. | ) **MOTION TO DISMISS** |
| | ) **INDICTMENT** |
| TINA E. STARR, | ) |
| Defendant. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause against defendant, TINA E. STARR, be dismissed without prejudice, for the reason that defendant has been charged through an Information in Criminal Case No. CR07-00047, which said information has incorporated said acts.

Respectfully submitted this 25 day of May 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney