PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: Judy Anne L. Ocampo, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[ ] **Original Notice**     [X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **April 17, 2007** | Date: | **June 1, 2007** |
| By: | **Joaquin V.E. Manibusan, Jr.** **U.S. Magistrate Judge** | By: | **Frances M. Tydingco-Gatewood** **Chief Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **STARR, Tina Erickson** | Case Number: | **CRIMINAL CASE #07-00037-001** |
| Date of Birth: | **XX-XX-1981** | Place of Birth: | **Tamuning, Guam - USA** |
| SSN: | **XXX-XX-6960** | | |

========================================================================

**NOTICE OF COURT ORDER** (Order Date: **April 17, 2007** )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[X] Defendant not convicted. **CASE DISMISSED ON JUNE 1, 2007.**

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  ☐ Not Convicted - PS40/Passport returned to defendant.
  ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)

Case 1:07-cr-00037     Document 14     Filed 09/28/2007     Page 1 of 1